**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7072**

---

DEREK LEE VINSON,

Plaintiff - Appellant,

versus

GARY ELLIS; LYNNE ANN BATTAGLIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-99-1549-JFM)

---

Submitted:  January 20, 2000        Decided:  January 28, 2000

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Derek Lee Vinson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek Lee Vinson appeals the district court's orders dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint, denying his motion for reconsideration, denying his motion for recusal, denying his motion to vacate the district court's memorandum and order of dismissal, and denying as moot his motion for extension of time to file notice of appeal. We have reviewed the record and the district court's opinion and orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Vinson v. Ellis, No. CA-99-1549-JFM (D. Md. June 9, July 1, July 7, July 23 & Aug. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2